

**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

June 8, 2015

The Honorable Kelly Ashmore
Grayson County District Clerk
100 W. Houston
Sherman, Texas 75090

RE: **LESTER LEROY BOWER, JR. TDCJ #764**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **LESTER LEROY BOWER, JR.**, issued in the District Court of Grayson County 15th Judicial District of Texas, on March 25, 2015, which was carried out on June 3, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 43.23 of the Texas Code of Criminal Procedure.

Sincerely,

Carla M Willis

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc: The Honorable Gregg Abbott, Governor
The Honorable Ken Paxton, Attorney General
Louise Pearson, Clerk, Court of Criminal Appeals
Kelly Enloe, Chairman, Classification & Records, TDCJ

CW/cf
Attach

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov

P.O. Box 13084 Capitol Station
Austin, Texas 78711-3084

P.O. Box 4004
Huntsville, Texas 77342-4004

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 10th day of May, 1984 and executed the 3rd day of June, 2015 by the death of **LESTER LEROY BOWER, JR.**

DISPOSITION OF BODY:

DATE: June 3, 2015

TIME: 6:36 pm

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

## CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. LESTER LEROY BOWER, JR.* issued in the District Court of Grayson County 15th Judicial District of Texas, on March 25, 2015 and was executed according to the laws of the State of Texas on June 3, 2015. The death of **LESTER LEROY BOWER, JR.** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at 6:36 p.m. on June 3, 2015. The body of the deceased was given into the custody of Carnes Funeral Home agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 3rd day of May 2015.



**CONNIE E. WEICH**
Notary Public. State of Texas
My Commission Expires
11-06-2017
Notary Without Bond

NOTARY PUBLIC, Walker County, Texas

My Commission expires: 11-06-2017

# IN THE DISTRICT COURT OF GRAYSON COUNTY
## 15TH JUDICIAL DISTRICT OF TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | } | |
| | } | |
| v. | } | 033426, 033427, 033428 & 033429 |
| | } | |
| LESTER LEROY BOWER, JR. | } | |

## ORDER SETTING EXECUTION

This Court, having received the order denying habeas corpus relief in the above styled and numbered cause and the order denying writ of certiorari from the Supreme Court of the United States, and the Defendant, LESTER LEROY BOWER, JR., having been sentenced to death in the presence of Defendant's attorneys, and on the 7TH day of May, 1984, in Cause Numbers 033426, 033427, 033428 and 033429 in the 15th District Court of Grayson County, Texas in accordance with the findings of the jury and the judgment in said cause adjudging said defendant guilty of capital murder; and the Texas Court of Criminal Appeals in cause numbers AP-69,333, AP-69, 334, AP-69,335 and AP-69,336 having affirmed said conviction with the mandates being returned to said 15th District Court on June 8, 1989; and the Texas Court of Criminal Appeals in cause numbers AP-70,995, AP-70,996, AP-70,997 and AP-70,998 having denied habeas corpus relief with the mandates being returned to said 15th District Court on February 14, 1992; and the Texas Court of Criminal Appeals in cause numbers WR-21,005-2, WR-21,005-3, WR-21,005-4 and WR-21,005-5 having denied habeas corpus relief June 11, 2014; and the Supreme Court of the United States having denied writ of

certiorari in cause number 14-292 on May 23, 2015, with the stay of execution terminating autometically; and there being no other stays of execution in effect on this case, the court now enters the following ORDER:

IT IS HEREBY ORDERED that the defendant, LESTER LEROY BOWER, JR., who has been adjudged to be guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at Death, shall be kept in custody by the Director of the Texas Department of Criminal Justice -- Institutional Division, at Huntsville, Texas, until the 3rd day of June, 2015, upon which day, at the Texas Department of Criminal Justice -- Institutional Division, at some hour after 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said LESTER LEROY BOWER, JR. and until the said LESTER LEROY BOWER, JR. is dead, such procedure to be determined and supervised by the said Director of the Texas Department of Criminal Justice -- Institutional Division.

The Clerk of this Court shall issue and deliver to the Sheriff of Grayson County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice -- Institutional Division, at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgement of Death against the said LESTER LEROY BOWER, JR..

The Sheriff of Grayson County, Texas is hereby ordered, upon said receipt

said Death Warrant, to deliver said Death Warrant to the Director of the Texas Department of Criminal Justice -- Institutional Division, Huntsville, Texas.

SIGNED AND ENTERED this 25 day of March, 20 15.

_____
HON. JIM FALLON,
JUDGE PRESIDING
15TH JUDICIAL DISTRICT COURT
GRAYSON COUNTY, TEXAS

FILED FOR RECORD
BY _____
15 MAR 25 AM 9: 08

KELLY ASHMORE
DISTRICT CLERK
GRAYSON, TX

STATE OF TEXAS
COUNTY OF GRAYSON
I, Kelly Ashmore, District Clerk in and for Grayson County Texas, do hereby certify that the above and foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Grayson County, Texas. Witness my hand and seal of the Court, this the 25 day of March, 2015.
KELLY ASHMORE, DISTRICT CLERK
GRAYSON COUNTY TEXAS

# DEATH WARRANT

## THE STATE OF TEXAS

TO THE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, AND TO THE SHERIFF OF GRAYSON COUNTY, TEXAS:

WHEREAS on the 7TH day of May, 1984, the defendant, LESTER LEROY BOWER, JR., was duly sentenced to death in Cause Numbers 033426, 033427, 033428 and 033429 in the 15th District Court of Grayson County, Texas in accordance with the findings of the jury and the judgment in said cause adjudging said defendant guilty of capital murder; and

WHEREAS the Texas Court of Criminal Appeals in cause numbers AP-69,333, AP-69, 334, AP-69,335 and AP-69,336 affirmed said conviction with the mandates being returned to said 15th District Court on June 8, 1989; and

WHEREAS the Texas Court of Criminal Appeals in cause numbers AP-70,995, AP-70,996, AP-70,997 and AP-70,998 denied habeas corpus relief with the mandates being returned to said 15th District Court on February 14, 1992;

WHEREAS the Texas Court of Criminal Appeals in cause numbers WR-21,005-2, WR-21,005-3, WR-21,005-4 and WR-21,005-5 denied habeas corpus relief on June 11, 2014; and

WHEREAS the Supreme Court of the United States has denied writ of certiorari on March 23, 2015 and lifting the stay of execution granted on February 5, 2015; NOW THEREFORE

The Sheriff of Grayson County, Texas is hereby commanded to deliver this warrant to the director of the Texas Department of Criminal Justice — Institutional

Division, for the purpose of executing this warrant; and

The Director of the Texas Department of Criminal Justice -- Institutional Division, at Huntsville, Texas, is hereby commanded to execute the said sentence of death at the Texas Department of Criminal Justice -- Institutional Division, at any time after the hour of **6:00 p.m.** on the **3rd** day of **JUNE, 2015**, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant, LESTER LEROY BOWER, JR., sufficient to cause death, and until the defendant is dead, obeying all laws of the State of Texas with reference to such execution.

The Director of the Texas Department of Criminal Justice -- Institutional Division, shall make due return on this warrant to the Clerk of this Court. This sentence was passed as provided by law.

WITNESS MY HAND AND SEAL of the 15TH District Court of Grayson, County, Texas, as my office in the City of Sherman, Texas, this the _25th_ of _March_ , 20_15_ .

KELLY ASHMORE
DISTRICT CLERK
GRAYSON COUNTY, TEXAS

## OFFICER'S RETURN

The Sheriff of Grayson County, Texas received this writ on the 1st day of _____ April _____, 2014 at _____ and executed the same by delivering two copies of this warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice on the 1st of April _____, 2014 and by taking his receipt for this warrant, which is hereto attached, do here and now make my return on this writ this 1st day of April _____, 2014.

_Keith Gary_

KEITH GARY
SHERIFF, GRAYSON COUNTY, TEXAS

BY: _____
DEPUTY


## RETURN OF DIRECTOR
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE -- INSTITUTIONAL DIVISION

Came to hand the 1st day of _April_ A.D., 20 15, and said Death Warrant carried out by executing said defendant, LESTER LEROY BOWER, JR., on the 1st day of _April_, 20 15.

_Wendy Foreman_

DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE -- INSTITUTIONAL DIVISION

_for Brad Livingston_